**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CITY OF HARRISBURG,       :   No. 388 MAL 2018

           Respondent      :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Commonwealth Court

           v.                        :

JOSHUA PRINCE, ESQ.,        :

           Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Does the City of Harrisburg's creation of a spreadsheet to show the receipt of funds from donors to the "Protect Harrisburg Legal Defense Fund" constitute a "financial record" as defined in 65 P.S. § 67.102?